(No. 5461—

Skelly Oil Company d/b/a Aurora Skelgas Service, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed April 17, 1969.*

Skelly Oil Company, Claimant, pro se.

William G. Clark, Attorney General; Etta J. Cole, Assistant Attorney General, for Respondent.

Perlin, C.J.

Claimant seeks from respondent payment of the sum of $162.54 for materials provided the Division of Highways of the State of Illinois. The demand for the payment was refused on the grounds that funds appropriated for such payments had lapsed.

A stipulation submitted by the parties agree that the materials were furnished, and that there is lawfully due the amount requested by claimant.

Where a contract with the State has been (1) properly entered into; (2) services satisfactorily performed,

and materials furnished in accordance with such contract; (3) proper charges made therefor; and, (4) adequate funds were available at the time the contract was entered into, this Court will enter an award for the amount due. *Gilbert-Hodgman, Inc., A Corporation,* vs. *State of Illinois,* 24 C.C.R. 509. It appears that all the requirements have been met in the instant case.

Claimant is hereby awarded the sum of $162.54.